USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:22cr64**

HOUSTON DIVISION

USAO Number: 2022R00035

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *February 08, 2022*   Judge: **Hanen**

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

**JENNIFER B. LOWERY, USA**   (713) 567-9000

Sherri L. Zack, AUSA   (713) 567-9000

UNITED STATES of AMERICA

vs.

DAVID PAUL CRAIG

|  | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
Ct. 1: Distribution of Child Pornography [18, USC Section 2252A(a)(2)(B) and Section 2252A(b)(1)]
Ct. 2: Possession of Child Pornography [18, USC Sections 2252A(a)(5)(B) and 2252A(b)(2)]

(TOTAL)
(COUNTS:)
( 2 )

**PENALTY:** Ct. 1: 5-20 years up to $250,000 fine, any term of years not less than 5 years up to life supervised release (SR), a $5000 special assessment, $100 special assessment, $35,000 special assessment, and no less than $3,000 restitution per victim.
Ct. 2: Up to 10 years in prison, up to $250,000 fine, any term of years not less than 5 years up to life supervised release (SR), a $5000 special assessment, $100 special assessment, a $17,000 special assessment, and no less than $3,000 per victim.

☑ In Jail   Marshal's Custody, Houston, Texas
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**